May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT GONZALES, Appellant

NO. 14-14-00206-CV          V.

HOUSTON INDEPENDENT SCHOOL DISTRICT AND ANDRIA SCHUR,
Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Houston Independent School District and Andria Schur, signed November 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Robert Gonzales to pay all costs incurred in this appeal.

We further order this decision certified below for observance.